
20151005141600

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

SERVICE OF: SUMMONS AND COMPLAINT,
EFFECTED (1) BY ME: ROGER MACIEL
TITLE: PROCESS SERVER

DATE: **10/6/2015 10:28:46 AM**

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

SPIRIT DELIVERY AND DISTRIBUTION SERVICES, INC.

Place where served:

C/O AMERICO SEABRA-PRESIDENT 200 SOUTH ST. STE 3 NEW PROVIDENCE BORO NJ 07974

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

TERESA DIAS

Relationship to defendant **MANAGING AGENT**

Description of Person Accepting Service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BLONDE   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

## STATEMENT OF SERVER

TRAVEL $ _____ . _____    SERVICES $ _____ . _____    TOTAL $ _____ . _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 10/12/2015

SIGNATURE OF ROGER MACIEL
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

10/12/15
JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 15, 2015

ATTORNEY: JOSHUA S. BOYETTE, ESQ.
PLAINTIFF: DENZEL BURTON, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY
DEFENDANT: SITUATED, ET AL
VENUE: SPIRIT DELIVERY
DOCKET: DISTRICT
COMMENT: 2 15 CV 05289 JCJ

Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!

**Pay Now**



# INVOICE

SWARTZ SWIDLER, LLC-CHERRY HILL
JOSHUA S. BOYETTE, ESQ.
1101 KINGS HIGHWAY NORTH  SUITE 402
CHERRY HILL, NJ 08034

INVOICE #:     20151005141600
AMOUNT DUE:    $59.95
DUE DATE:      11/11/2015

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

| | | | |
|---|---|---|---|
| AMOUNT DUE: $59.95 | DUE DATE: 11/11/2015 | INVOICE #: 20151005141600 | INVOICE DATE: 10/12/2015 |
| ATTORNEY: | JOSHUA S. BOYETTE, ESQ. | | |
| FIRM: | SWARTZ SWIDLER, LLC-CHERRY HILL | | |
| PLAINTIFF: | DENZEL BURTON, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, ET AL | | |
| DEFENDANT: | SPIRIT DELIVERY | | |
| DOCKET#: | 2 15 CV 05289 JCJ | CLAIM#: | |
| ENTITY SERVED: | SPIRIT DELIVERY AND DISTRIBUTION SERVICES, INC. | | |
| SERVED WITH: | SUMMONS AND COMPLAINT | | |
| SERVED DATE: | 10/06/2015 | COURT DATE: | |

| | | | |
|---|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: | |_|_|/|_|_|/|_|_| |
| SERVICE FEE: | $59.95 | | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: | |_|_|,|_|_|_|.|_|_| |
| PRIORITY FEE: | $0.00 | | |
| PICKUP FEE: | $0.00 | [ ] CHECK | |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA | |
| POSTAL FORWARDING FEE: | $0.00 | [ ] MASTERCARD | |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER | |
| WAIT TIME 0.00 HOURS FEE: | $0.00 | [ ] AMERICAN EXPRESS | |
| NOTARY/MISC. FEE: | $0.00 | | |
| TOTAL: | $59.95 | CARD/CHECK#: |_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_| | |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

SWARTZ SWIDLER, LLC-CHERRY HILL
1101 KINGS HIGHWAY NORTH  SUITE 402
CHERRY HILL, NJ 08034

INVOICE #:     20151005141600
AMOUNT DUE:    $59.95
DUE DATE:      11/11/2015

For the fastest resolution to your billing inquiry, email us at:
Billing@Served.com

[ ] CHECK

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

GUARANTEED SUBPOENA SERVICE, INC.
WWW.SERVED.COM
P.O. BOX 2248
UNION, NJ 07083

CARD #: |_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|

EXPIRATION: |_|_|/|_|_|

SIGNATURE:

**\*\*\* To Pay Online Go To "My Account" \*\*\***

20151005141600